1  IRA M. PRESS (*pro hac vice*)
   MARK A. STRAUSS (California State Bar #196471)
2  KIRBY McINERNEY & SQUIRE, LLP
   830 Third Avenue, 10th Floor
3  New York, NY  10022
   (212) 371-6600
4

   SUSAN KUPFER (California State Bar #141724)
5  GLANCY, BINKOW & GOLDBERG, LLP
   455 Market Street, Suite 1810
6  San Francisco, CA 94105
   Telephone:    (415) 972-8160
7  Facsimile:    (415) 972-8166

8  Attorneys for Plaintiff Shirley Zelman, Trustee,
   f/b/o Shirley Zelman Living Trust
9

10                 **UNITED STATES DISTRICT COURT**

11                 **NORTHERN DISTRICT OF CALIFORNIA**

12

| SHIRLEY ZELMAN, TRUSTEE, F/B/O SHIRLEY ZELMAN LIVING TRUST, on behalf of plaintiff and all others similarly situated, | Master File No. C-02-4656 CW |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER** |
| v. |  |
| JDS UNIPHASE CORPORATION, JOZEF STRAUS, KEVIN KALKHOVEN, ANTHONY R. MULLER and CHARLES J. ABBE, |  |
| Defendants. |  |

[C-02-4656 CW] STIPULATION AND [PROPOSED] ORDER

**STIPULATION AND ORDER**

WHEREAS, Plaintiff Shirley Zelman, Trustee, f/b/o Shirley Zelman Living Trust ("Plaintiff"), brought this action alleging violations of §§10(b) and 20(a) of the Securities Exchange Act of 1934 in connection with the Shirley Zelman Living Trust's investment in debt securities called GOALs; and

WHEREAS, Alfred Zelman (Mrs. Zelman's husband), the only other trustee of the Shirley Zelman Living Trust, was involved in many of the investment decisions for the Shirley Zelman Living Trust; and

WHEREAS, in light of the foregoing, Mr. and Mrs. Zelman sought to add Mr. Zelman, in his capacity as co-trustee of the Trust, as a proposed class representative, and Mrs. Zelman has designated Mr. Zelman as a class representative in plaintiff's motion for class certification; and

WHEREAS, defendants are not prejudiced by the addition of Mr. Zelman as an additional proposed class representative in that Mr. Zelman is merely the other co-trustee of the already-named lead plaintiff. Furthermore, defendants' opposition brief to class certification is not due until October 14, 2005. Accordingly, addition of Mr. Zelman as a proposed class representative does not cause any delay to the briefing or determination of the class certification motion.

NOW THEREFORE, the parties to this action, by and through their undersigned counsel of record, hereby stipulate as follows:

1. Alfred Zelman, as Trustee f/b/o Shirley Zelman Living Trust, is named as an additional plaintiff and proposed class representative in this action. Defendants' non-objection to Mr. Zelman's naming is without prejudice to their right to challenge class certification on any grounds, including but not limited to the adequacy or typicality of the proposed class representatives.

2. Defendants also preserve all rights to challenge the claims of Mrs. Zelman, Mr. Zelman, or any other member of the proposed class on any grounds, including but not limited to standing.

3. Defendants shall have the right to take discovery of Mr. Zelman, who will respond to the Defendants' previously-served discovery requests on or before the deadline provided in the discovery request previously served on Mrs. Zelman.

| | | |
|---|---|---|
| 1 | Dated: September 9, 2005 | KIRBY McINERNEY & SQUIRE, LLP |
| 2 | | By:   /s/ Ira M. Press |
| | | Ira M. Press, Esq. (*pro hac vice*) |
| 3 | | Mark A. Strauss (#196471) |
| | | 830 Third Avenue |
| 4 | | 10th Floor |
| | | New York, NY  10022 |
| 5 | | Telephone:   (212) 371-6600 |
| | | Facsimile:    (212) 751-2540 |

Lionel Z. Glancy
Susan Kupfer (#141724)
GLANCY, BINKOW & GOLDBERG, LLP
455 Market Street, Suite 1810
San Francisco, CA 94105
Telephone:   (415) 972-8160
Facsimile:    (415) 972-8166

Kenneth A. Elan
LAW OFFICE OF KENNETH A. ELAN
217 Broadway, Suite 606
New York, New York   10007
Telephone:   (212) 619-0261
Facsimile:    (212) 385-2707

Attorneys for Plaintiff

Dated: September 9, 2005          MORRISON & FOERSTER, LLP


By:   /s/ Raymond Hasu
       Melvin R. Goldman (#34097)
       Jordan Eth (#121617)
       Terri Garland (#169563)
       Raymond M. Hasu (#200058)
425 Market Street
San Francisco, CA 94105-2482
Telephone:   (415) 268-7000
Facsimile:    (415) 268-7522

Attorneys for Defendants JDS Uniphase
Corporation, Josef Straus, Anthony Muller, and
Charles Abbe

| | | |
|---|---|---|
| 1 | Dated: September 9, 2005 | HELLER EHRMAN, LLP |
| 2 | | |
| 3 | | By: /s/ Howard Caro |
| 4 | | Michael Shepard (#91281)<br>Howard Caro (#202082)<br>Michael Charlson (#122125) |
| 5 | | J. Christopher Mitchell (#215639)<br>333 Bush Street |
| 6 | | San Francisco, CA 94104-2878<br>Telephone:   (415) 772-6000 |
| 7 | | Facsimile:    (415) 772-6268 |
| 8 | | 275 Middlefield Road<br>Menlo Park, CA 94025-3506 |
| 9 | | Telephone:   (650) 324-7000<br>Facsimile:    (650) 324-0638 |
| 10 | | |
| 11 | | Attorneys for Defendant Kevin Kalkhoven |
| 12 | | |
| 13 | Dated: September __13__, 2005 | **PURSUANT TO STIPULATION, IT IS SO ORDERED:** |
| 14 | | |
| 15 | | /s/ CLAUDIA WILKEN |
| 16 | | _____<br>The Honorable Claudia Wilken |
| 17 | | United States District Judge |

3