[*Counsel Listed on Signature Pages*]

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SHIRLEY ZELMAN, TRUSTEE F/B/O SHIRLEY ZELMAN LIVING TRUST, on behalf of plaintiff and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JDS UNIPHASE CORPORATION, JOZEF STRAUS, KEVIN KALKHOVEN, ANTHONY R. MULLER and CHARLES ABBE,<br><br>Defendants. | Master File No.: C-02-4656 CW<br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER CLARIFYING DEADLINE FOR MOTIONS TO COMPEL FACT DISCOVERY** |

1  Defendants and Plaintiff Shirley Zelman, Trustee F/B/O Shirley Zelman Living Trust, on
2 behalf of plaintiff and all others similarly situated, respectfully submit this Stipulation.

3  **WHEREAS**, on November 28, 2005, the Court issued an Order directing counsel to proceed
4 with discovery on the same schedule as *In re: JDS Uniphase Corporation Securities Litigation*, No. C-
5 02-1486;

6  **WHEREAS**, on May 18, 2006, the court in *In re: JDS Uniphase Corporation Securities
7 Litigation* issued an Order (1) setting September 29, 2006 as the fact discovery cutoff date, except for
8 depositions and other discovery arising from new information obtained at depositions, (2) setting
9 December 1, 2006 as the cutoff date of the additional period to complete depositions and conduct any
10 other discovery arising from new information obtained at the depositions, and (3) setting March 19,
11 2007 as the expert discovery cutoff date;

12  **WHEREAS**, Civil Local Rule 26-2 provides: "[w]here the Court has set separate deadlines for
13 fact and expert discovery, no motions to compel fact discovery may be filed more than 7 court days
14 after the fact discovery cut-off;"

15  **WHEREAS**, Civil Local Rule 26-2 provides that "discovery cut-off," as used in the Rule,
16 means "the date by which all responses to written discovery are due and by which all depositions must
17 be concluded;"

18  **WHEREAS**, the various discovery cutoff dates create ambiguity as to Defendants' deadline for
19 filing motions to compel further responses to written discovery;

20  **NOW THEREFORE**, the parties hereby stipulate and agree to the following:
21  1.  Plaintiff shall submit supplemental responses to Defendant Kevin Kalkhoven's First Set
22      of Interrogatories to Plaintiff on or before November 22, 2006; and
23  2.  Any motion to compel fact discovery must be filed by December 12, 2006.
24  IT IS SO STIPULATED AND AGREED.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: October 10, 2006 | MICHAEL J. SHEPARD |
| | | HOWARD S. CARO |
| 3 | | HELLER EHRMAN LLP |
| | | 333 Bush Street |
| 4 | | San Francisco, California  94104-2878 |
| | | Telephone:     (415) 772-6000 |
| 5 | | Facsimile:     (415) 772-6268 |

MICHAEL L. CHARLSON
J. CHRISTOPHER MITCHELL
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, California  94025-3506
Telephone:     (650) 324-7000
Facsimile:     (650) 324-0638


By  /s/ HOWARD S. CARO
     Howard S. Caro

     Attorneys for Defendant
     KEVIN KALKHOVEN

DATED: October 10, 2006          MELVIN R. GOLDMAN
                                 JORDAN ETH
                                 TERRI GARLAND
                                 PHILIP T. BESIROF
**\* With Express Authorization** MORRISON & FOERSTER LLP
                                 425 Market Street
                                 San Francisco, CA 94105
                                 Telephone: 415-268-7000
                                 Facsimile: 415-268-7522


By  /s/ PHILIP T. BESIROF\*
     Philip T. Besirof

     Attorneys for Defendants
     JDS UNIPHASE CORPORATION, JOZEF
     STRAUS, ANTHONY MULLER and CHARLES
     ABBE

STIPULATION AND [PROPOSED] ORDER CLARIFYING DEADLINE FOR MOTIONS TO COMPEL FACT DISCOVERY: C-02-4656 CW      2

| | |
|---|---|
| DATED: October 10, 2006 | JEFFREY H. SQUIRE <br> IRA M. PRESS <br> MARK A. STRAUSS <br> KIRBY, McINERNY & SQUIRE, LLP <br> 830 Third Avenue, 10th Floor <br> New York, NY 10022 <br> Telephone: 212-371-6600 <br> Facsimile: 212-751-2540 |
| **\* With Express Authorization** | |
| | --and-- |
| | LIONEL GLANCY <br> SUSAN G. KUPFER <br> GLANCY, BINKOW & GOLDBERG, LLP <br> 455 Market Street, Suite 1810 <br> San Francisco, CA 94105 <br> Telephone: 415-972-8160 <br> Facsimile: 415-972-8166 |
| | PETER A. BINKOW <br> GLANCY, BINKOW & GOLDBERG, LLP <br> 1801 Avenue of the Stars, Suite 311 <br> Los Angeles, CA 90067 <br> Telephone: 310-201-9150 <br> Facsimile: 310-201-9160 |
| | By /s/ IRA M. PRESS\* <br>    Ira M. Press <br><br> Attorneys for Plaintiffs <br> SHIRLEY ZELMAN, TRUSTEE F/B/O <br> SHIRLEY ZELMAN LIVING TRUST, on behalf <br> of plaintiff and all others similarly situated |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: October __11__, 2006    By: _____
                                   Honorable ~~ELIZABETH D. LAPORTE~~
                                   United States ~~Magistrate~~ Judge

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed Judge Claudia Wilken]*

STIPULATION AND [PROPOSED] ORDER CLARIFYING DEADLINE FOR MOTIONS TO COMPEL FACT DISCOVERY: C-02-4656 CW          3

1   I, Howard S. Caro, am the ECF User whose ID and password are being used to file this
2  Stipulation and [Proposed] Order Clarifying Deadline for Motions to Compel Fact Discovery.  In
3  Compliance with General Order 45, X.B., I hereby attest that Philip T. Besirof and Ira M. Press have
4  concurred in this filing.

DATED: October 10, 2006                     HELLER EHRMAN LLP


                                            By /s/ HOWARD S. CARO
                                                Howard S. Caro

                                                Attorneys for Defendant
                                                KEVIN KALKHOVEN