```
 1  JEFFREY H. SQUIRE
    IRA M. PRESS (pro hac vice)
 2  MARK STRAUSS (Cal. Bar #196471)
    KIRBY McINERNEY & SQUIRE, LLP
 3  830 Third Avenue, 10th Floor
    New York, New York 10022
 4  Telephone: (212) 371-6600
 5  Facsimile:  (212) 751-2540

 6
    LIONEL GLANCY
 7  SUSAN G. KUPFER
    GLANCY BINKOW & GOLDBERG, LLP
 8  455 Market Street, Suite 1810
    San Francisco, California 94105
 9  Telephone: (415) 972-8160
10  Facsimile:  (415) 972-8166

11
    Attorneys for Plaintiff Shirley Zelman, Trustee,
12  f/b/o Shirley Zelman Living Trust
```

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| SHIRLEY ZELMAN, TRUSTEE F/B/O SHIRLEY ZELMAN LIVING TRUST, on behalf of plaintiff and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JDS UNIPHASE CORPORATION, JOZEF STRAUS, KEVIN KALKHOVEN, ANTHONY R. MULLER and CHARLES ABBE,<br><br>Defendants. | Master File No.: C-02-4656 CW (EDL)<br><br>CLASS ACTION<br><br>**PLAINTIFFS' REQUEST FOR DISMISSAL AND [PROPOSED] ORDER DISMISSING DEFENDANT KEVIN KALKHOVEN WITH PREJUDICE** |
|---|---|

PLAINTIFF'S REQUEST FOR DISMISSAL AND [PROPOSED] ORDER DISMISSING DEFENDANT KEVIN KALKHOVEN, MASTER FILE NO. C-02-4656 CW

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, plaintiffs hereby request dismissal with prejudice of defendant Kevin Kalkhoven from the above-captioned action.

On July 14, 2005 the Court issued an order granting in part and denying in part Mr. Kalkhoven's motion to dismiss plaintiffs' complaint. Mr. Kalkhoven was named as a defendant to the Amended Complaint (the "Complaint") in this matter. Discovery in this matter has been proceeding for 10 months, and is now substantially concluded. Mr. Kalkhoven gave deposition testimony in this matter on November 21 and 22, 2006. Having assessed the record following discovery, plaintiffs have determined that there is an insufficient factual basis to support their remaining claims against Mr. Kalkhoven. To conserve resources of both the Court and the parties, plaintiffs accordingly request dismissal of Mr. Kalkhoven from this action, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(2).

Plaintiffs and Mr. Kalkhoven have agreed that each side shall bear its own costs, fees and expenses. Plaintiffs and Mr. Kalkhoven have also agreed to waive any other claims they might have had for malicious prosecution or for sanctions under Rule 11 of the Federal Rules of Civil Procedure or the Private Securities Litigation Reform Act. Neither plaintiffs nor their attorneys have received or will receive any consideration in exchange for this dismissal Mr. Kalkhoven as a defendant to this action, and this litigation will proceed against the other defendants.

This action has been certified as a class action pursuant to Rule 23 of the Federal Rules of Civil Procudure, and notice of the pendency of this action was published on or about February 20, 2006. Court approval of this dismissal is required under Rules 23(e) and 41(a)(2) of the Federal Rules of Civil Procedure. No notice of this dismissal is required at this time, but Plaintiffs shall describe Mr. Kalkhoven's dismissal with prejudice in the next notice published and provided to the class, which presumably will occur at the time of the settlement or resolution of this action as to all defendants. Should this litigation be terminated by settlement, any release granted to the remaining defendants shall be broad enough to cover Mr. Kalkhoven and his spouse, heirs, affiliates, assigns, etc., to the same extent as the release covers the

1

PLAINTIFF'S REQUEST FOR DISMISSAL AND [PROPOSED] ORDER DISMISSING DEFENDANT KEVIN KALKHOVEN, MASTER FILE NO. C-02-4656 CW

1 | settling defendants.

2 | Pursuant to plaintiffs' request, and good cause appearing therefor, it is hereby

3 | ORDERED that defendant Kevin Kalkhoven be DISMISSED WITH PREJUDICE on the

4 | foregoing terms.

5 | January 3, 2007
DATED: ~~December __, 2006~~   By _____

6 | Honorable CLAUDIA WILKEN
United States District Judge

9 | Submitted by:
10 | DATED: December 26, 2006   By _____
Jeffrey H. Squire

12 | JEFFREY H. SQUIRE
IRA M. PRESS
MARK A. STRAUSS
KIRBY, McINERNEY & SQUIRE, LLP
830 Third Avenue, 10th Floor
New York, NY 10022
Telephone: 212-371-6600
Facsimile: 212-751-2540
--and--
LIONEL GLANCY
SUSAN G. KUPFER
GLANCY, BINKOW & GOLDBERG, LLP
455 Market Street, Suite 1810
San Francisco, CA 94105
Telephone: 415-972-8160
Facsimile: 415-972-8166

PETER A. BINKOW
GLANCY, BINKOW & GOLDBERG, LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: 310-201-9150
Facsimile: 310-201-9160

Attorneys for Plaintiffs
SHIRLEY ZELMAN, TRUSTEE F/B/O SHIRLEY ZELMAN LIVING TRUST, on behalf of plaintiff and all others similarly situated

2

PLAINTIFF'S REQUEST FOR DISMISSAL AND [PROPOSED] ORDER DISMISSING DEFENDANT KEVIN KALKHOVEN, MASTER FILE NO. C-02-4656 CW