1  IRA M. PRESS  *(pro hac vice)*
   MARK A. STRAUSS (California State Bar #196471)
2  KIRBY McINERNEY & SQUIRE, LLP
   830 Third Avenue, 10th Floor
3  New York, NY 10022
   (212) 371-6600
4
   SUSAN G. KUPFER (California State Bar # 141724)
5  GLANCY BINKOW & GOLDBERG, LLP
   455 Market Street, Suite 1810
6  San Francisco, CA 94105
   Telephone:    (415) 972-8160
7  Facsimile:    (415) 972-8166

8  Attorneys for Plaintiff SHIRLEY ZELMAN, TRUSTEE,
   F/B/O SHIRLEY ZELMAN LIVING TRUST
9
   [Other Counsel appear on Signature Page]
10

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHIRLEY ZELMAN, TRUSTEE, F/B/O SHIRLEY ZELMAN LIVING TRUST, on behalf of plaintiff and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JDS UNIPHASE CORPORATION, et al,<br><br>Defendants. | Case No. C-02-4656 CW<br><br>CLASS ACTION<br><br>**STIPULATION FOR ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE AS MODIFIED** |

1    IT IS HEREBY STIPULATED, by and between undersigned counsel for the parties- in
2 deference to prior conflicting commitments by Plaintiffs' counsel on the date currently scheduled
3 for a Further Case Management Conference ("Conference") – that the Conference now scheduled
4 for July 26, 2007 at 2:00 p.m. be rescheduled and heard instead on August 21, 2007 at 2:00 p.m.

6  Dated:   July 26, 2007                    **GLANCY BINKOW & GOLDBERG LLP**

                                             By:      */s/ Michael Goldberg*

                                             SUSAN G. KUPFER
                                             GLANCY BINKOW & GOLDBERG LLP
                                             455 Market Street, Suite 1810
                                             San Francisco, CA 94105
                                             Telephone:    (415) 972-8160
                                             Facsimile:    (415) 972-8166

                                             IRA M. PRESS
                                             KIRBY McINERNEY & SQUIRE, LLP

                                             LIONEL Z. GLANCY
                                             MICHAEL GOLDBERG
                                             GLANCY BINKOW & GOLDBERG LLP

                                             KENNETH A. ELAN, ESQ.
                                             LAW OFFICES OF KENNETH A. ELAN

                                             *Attorneys for Plaintiff SHIRLEY ZELMAN,*
                                             *TRUSTEE, F/B/O SHIRLEY ZELMAN LIVING*
                                             *TRUST*

19 Dated:  July 26, 2007                     MORRISON & FOERSTER LLP

                                             By: */s/ Raymond M. Hasu*

                                             JORDAN ETH
                                             TERRI GARLAND
                                             PHILIP T. BESIROF
                                             RAYMOND M. HASU
                                             425 Market Street
                                             San Francisco, CA 94105-2482
                                             Telephone:    (415) 268-7000
                                             Facsimile:    (415) 268-7522

                                             *Attorneys for Defendants*
                                             *JDS UNIPHASE CORPORATION, JOZEF*
                                             *STRAUS, ANTHONY R. MULLER, and CHARLES*
                                             *J. ABBE*

*Zelman v. JDS Uniphase Corp., et al.,*
*Case No. C-02-4656 CW*                      - 2 -

1 | **ORDER**

2 | **PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:**

4 |     1. The Further Case Management Conference currently on calendar for July 26, 2007 is continued to November 13, 2007 at 2:00 p.m.  If either party wishes to have case management deadlines set earlier, it shall file a motion therefore pursuant to L.R. 7-11 or a stipulaiton.

7/27/07

Dated:_____     By: _____
                                             Honorable Claudia Wilken
                                             United States District Judge