IRA M. PRESS *(pro hac vice)*
MARK A. STRAUSS (California State Bar #196471)
KIRBY McINERNEY LLP
830 Third Avenue, 10th Floor
New York, NY 10022
(212) 371-6600
Email: ipress@kmpllp.com

SUSAN G. KUPFER (California State Bar # 141724)
GLANCY BINKOW & GOLDBERG, LLP
One Embarcadero Center, Suite 760
San Francisco, CA 94111
Telephone:   (415) 972-8160
Facsimile:    (415) 972-8166
Email: info@glancylaw.com

Attorneys for Plaintiff SHIRLEY ZELMAN, TRUSTEE,
F/B/O SHIRLEY ZELMAN LIVING TRUST

[Other Counsel appear on Signature Page]

**FILED**

NOV 9 – 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY ZELMAN, TRUSTEE, F/B/O SHIRLEY ZELMAN LIVING TRUST, on behalf of plaintiff and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JDS UNIPHASE CORPORATION, et al,<br><br>Defendants. | Case No. C-02-4656 CW **and C-02-2020-CW**<br><br>CLASS ACTION<br><br>**STIPULATION FOR ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE**<br><br>**New Proposed Date:**<br><br>Date: December 4, 2007<br>Time: 2:00 p.m.<br>Courtroom: # 2, 4th Floor<br><br>**Honorable Judge Claudia Wilken** |

1     **WHEREAS**, the Further Case Management Conference ("Conference") in the above-entitled
2 action is scheduled to occur on November 13, 2007 at 2:00 p.m.; and

3     **WHEREAS,** the Lead Attorney in the above-entitled action for Plaintiffs is no longer a member
4 of or associated with Plaintiffs' Lead Counsel; and

5     **WHEREAS,** the remaining Lead Attorney for Plaintiffs is concurrently scheduled for a hearing on
6 November 13, 2007 to occur in another District in another state; and

7     **WHEREAS**, the parties in the above-entitled action have a mutual interest to further continue the
8 Conference until after the jury has returned a verdict in the trial of the lead case, *Pipefitters Local 522*
9 *& 633 Pension Trust Fund et v. JDS Uniphase Corporation et al.*, Case No.4:02-cv-01486-CW,
10 expected to conclude on or about November 27, 2007; and

11     **WHEREAS**, Plaintiffs' Counsel respectfully request the Conference be continued to December
12 4, 2007 at 2:00 p.m. or at another time convenient for the Court; and

13     **WHEREAS**, the proposed continuance will not prejudice any party and will not cause any undue
14 delay:

15     **IT IS HEREBY STIPULATED**: by and between undersigned counsel for the parties that the
16 Conference now scheduled for November 13, 2007 at 2:00 p.m. be rescheduled and heard instead on
17 December 4, 2007, at 2:00 p.m.

19 Dated: November 06, 2007     **GLANCY BINKOW & GOLDBERG LLP**

By: *Michael Goldberg*
    MICHAEL GOLDBERG

LIONEL Z. GLANCY
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

IRA M. PRESS
KIRBY McINERNEY LLP

---

**STIPULATION FOR ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE**
*Zelman v. JDS Uniphase Corp., et al.,*
*Case No. C-02-4656 CW*     - 2 -

| | |
|---|---|
| | GLANCY BINKOW & GOLDBERG LLP<br>SUSAN G. KUPFER |
| | |
| | KENNETH A. ELAN, ESQ.<br>LAW OFFICES OF KENNETH A. ELAN |
| | |
| | *Attorneys for Plaintiff SHIRLEY ZELMAN, TRUSTEE, F/B/O SHIRLEY ZELMAN LIVING TRUST* |
| Dated: November 06, 2007 | MORRISON & FOERSTER LLP |
| | By: / ***Raymond M. Hasu*** |
| | JORDAN ETH<br>RAYMOND M. HASU<br>425 Market Street<br>San Francisco, CA 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 |
| | *Attorneys for Defendants*<br>*JDS UNIPHASE CORPORATION, JOZEF STRAUS, ANTHONY R. MULLER, and CHARLES J. ABBE* |

### ORDER

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:**

1. The Further Case Management Conference currently on calendar for November 13, 2007 be continued to December 4, 2007 at 2:00 p.m. The FCMC in E02-2020 is also continued to the same date & time.

Dated: NOV 09 2007    By: _____
                         Honorable Claudia Wilken
                         United States District Judge

---

**STIPULATION FOR ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE**
*Zelman v. JDS Uniphase Corp., et al.,*
Case No. C-02-4656 CW                                      - 3 -