1  IRA M. PRESS   *(pro hac vice)*
   MARK A. STRAUSS (California State Bar #196471)
2  KIRBY McINERNEY LLP
   830 Third Avenue, 10th Floor
3  New York, NY 10022
   (212) 371-6600
4  Email: ipress@kmpllp.com

5  SUSAN G. KUPFER (California State Bar # 141724)
   GLANCY BINKOW & GOLDBERG, LLP
6  One Embarcadero Center, Suite 760
   San Francisco, CA 94111
7  Telephone:    (415) 972-8160
   Facsimile:    (415) 972-8166
8  Email: info@glancylaw.com

9  Attorneys for Plaintiff SHIRLEY ZELMAN, TRUSTEE,
   F/B/O SHIRLEY ZELMAN LIVING TRUST
10
   [Other Counsel appear on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHIRLEY ZELMAN, TRUSTEE, F/B/O SHIRLEY ZELMAN LIVING TRUST, on behalf of plaintiff and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JDS UNIPHASE CORPORATION, et al,<br><br>Defendants. | Case No. C-02-4656 CW<br><br>CLASS ACTION<br>**ORDER DENYING STIPULATION FOR ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE**<br><br>**New Proposed Date:**<br><br>**Date: January 29, 2008**<br>**Time: 2:00 p.m.**<br>**Courtroom: # 2, 4th Floor**<br><br>**Honorable Judge Claudia Wilken** |

**STIPULATION FOR ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE**
*Zelman v. JDS Uniphase Corp., et al.,*
*Case No. C-02-4656 CW*                -1-

1    **WHEREAS,** the Further Case Management Conference ("Conference") in the above-
2    entitled action is scheduled to occur on December 4, 2007 at 2:00 p.m.; and

3    **WHEREAS**, the parties in the above-entitled action have a mutual interest to further
4    continue the Conference until after judgment is entered following the verdict in the trial of the lead
5    case, *Pipefitters Local 522 & 633 Pension Trust Fund et al. v. JDS Uniphase Corporation et al.*, Case
6    No.4:02-cv-01486-CW, which concluded on November 27, 2007; and

7    **WHEREAS**, Plaintiffs' Counsel respectfully request the Conference be continued to January
8    29, 2008 at 2:00 p.m. or at another time convenient for the Court; and

9    **WHEREAS**, the proposed continuance will not prejudice any party and will not cause any
10   undue delay:

11   **IT IS HEREBY STIPULATED**: by and between undersigned counsel for the parties that
12   the Conference now scheduled for December 4, 2007 at 2:00 p.m. be rescheduled and heard instead
13   on January 29, 2008 at 2:00 p.m.

15   Dated:   November 30, 2007          **GLANCY BINKOW & GOLDBERG LLP**

                                          By: *s/Michael Goldberg*
17                                            MICHAEL GOLDBERG

18                                        LIONEL Z. GLANCY
                                          1801 Avenue of the Stars, Suite 311
19                                        Los Angeles, CA 90067
                                          Telephone: (310) 201-9150
20                                        Facsimile: (310) 201-9160

22                                        IRA M. PRESS
                                          KIRBY McINERNEY LLP
                                          **GLANCY BINKOW & GOLDBERG LLP**
23                                        **SUSAN G. KUPFER**
                                          One Embarcadero Center, Suite 760
24                                        San Francisco, CA 94111
                                          Telephone:   (415) 972-8160
25                                        Facsimile:   (415) 972-8166

---

**STIPULATION FOR ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE**
*Zelman v. JDS Uniphase Corp., et al.,*
*Case No. C-02-4656 CW*                          - 2 -

| | |
|---|---|
| | KENNETH A. ELAN, ESQ.<br>LAW OFFICES OF KENNETH A. ELAN<br><br>*Attorneys for Plaintiff SHIRLEY ZELMAN, TRUSTEE, F/B/O SHIRLEY ZELMAN LIVING TRUST* |
| Dated:  November 30, 2007 | MORRISON & FOERSTER LLP<br><br>By:  **_s/Raymond M. Hasu_**<br>        RAYMOND M. HASU<br><br>JORDAN ETH<br>425 Market Street<br>San Francisco, CA 94105-2482<br>Telephone:    (415) 268-7000<br>Facsimile:     (415) 268-7522<br><br>*Attorneys for Defendants<br>JDS UNIPHASE CORPORATION, JOZEF STRAUS, ANTHONY R. MULLER, and CHARLES J. ABBE* |

**ORDER**

~~PURSUANT TO STIPULATION~~, IT IS HEREBY ORDERED THAT

The Further Case Management Conference currently on calendar for December 4, 2007 ~~be continued to January 29, 2008 at 2:00 p.m.~~  **will be held as scheduled.**

Dated: 12/3/07        By: /s/ Claudia Wilken
                          Honorable Claudia Wilken
                          United States District Judge

**STIPULATION FOR ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE**
*Zelman v. JDS Uniphase Corp., et al.,*
*Case No. C-02-4656 CW*                                       - 3 -

**PROOF OF SERVICE BY ELECTRONIC POSTING
PURSUANT TO NORTHERN DISTRICT OF CALIFORNIA
LOCAL RULES AND ECF GENERAL ORDER NO. 45
AND BY MAIL ON ALL KNOWN NON-REGISTERED PARTIES**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On November 30, 2007, I served the following by posting such documents electronically to the ECF website of the United States District Court for the Northern District of California:

**STIPULATION FOR ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE**

on all ECF-registered parties in the action and, upon all others not so-registered but instead listed below:

Kenneth A. Elan
Law Offices of Kenneth A. Elan
217 Broadway, Suite 404
New York, NY 10007

Aaron D. Hovan
KMS
830 Third Avenue, 10th Floor
New York, NY 10022

**By Mail**: By placing true and correct copies thereof in individual sealed envelopes, with postage thereon fully prepaid, which I deposited with my employer for collection and mailing by the United States Postal Service. I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, this correspondence would be deposited by my employer with the United States Postal Service that same day.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 30, 2007, at Los Angeles, California.

        *S/Tia Reiss*
        Tia Reiss

**STIPULATION FOR ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE**
*Zelman v. JDS Uniphase Corp., et al.,*
Case No. C-02-4656 CW                      - 4 -