1  JORDAN ETH (BAR NO. 121617)
   TERRI GARLAND (BAR NO. 169563)
2  PHILIP T. BESIROF (BAR NO. 185053)
   RAYMOND M. HASU (BAR NO. 200058)
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone: (415) 268-7000
5  Facsimile: (415) 268-7522

6  Attorneys for Defendants
   JDS Uniphase Corporation, Jozef Straus,
7  Anthony R. Muller, and Charles J. Abbe

8                UNITED STATES DISTRICT COURT
9                NORTHERN DISTRICT OF CALIFORNIA
10               OAKLAND DIVISION

12 SHIRLEY ZELMAN, TRUSTEE, F/B/O         Master File No. C-02-4656 CW
13 SHIRLEY ZELMAN LIVING TRUST, on behalf
   of plaintiff and all others similarly situated,   **STIPULATION AND ORDER OF**
14                                                    **DISMISSAL**
                   Plaintiff,
15
          v.
16
   JDS UNIPHASE CORPORATION,
17 JOZEF STRAUS, ANTHONY R. MULLER,
   CHARLES J. ABBE, and KEVIN
18 KALKHOVEN.

19                Defendants.

STIP. AND [PROPOSED] ORDER OF DISMISSAL
MASTER FILE NO. C-02-4656 CW
sf-2505780

**STIPULATION**

It is hereby stipulated and agreed by and among the parties, through their respective counsel of record, as follows:

1. The parties to this action enter into this stipulation of dismissal pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

2. Plaintiffs filed this action on July 26, 2002. On November 16, 2005, the Court granted Plaintiffs' unopposed motion for class certification and appointed Shirley and Alfred Zelman as class representatives.

3. Since the time that this action was filed, Plaintiffs' counsel has continued to investigate the factual basis of their claims. That investigation has included the review of documents produced by Defendants and the taking of deposition testimony from former JDSU employees.

4. The claims in this action are based on allegedly false and misleading statements that were also the basis for claims asserted in a related securities action titled *In re JDS Uniphase Corporation Securities Litigation*, Master File No. C-02-1486 CW.

5. On October 23, 2007, trial commenced in *In re JDS Uniphase Corporation Securities Litigation*. On November 27, 2007, the jury returned a unanimous verdict in favor of the defendants on all claims.

6. Based on the resolution of *In re JDS Uniphase Corporation Securities Litigation* and the investigation by Plaintiffs' counsel of the factual basis of the claims asserted here, Plaintiffs' counsel has determined that the interests of the class would not be served by further litigation of those claims.

7. The parties agree that the claims of the appointed class representatives shall be dismissed with prejudice while the claims of the absent members of the certified class shall be dismissed without prejudice.

8. The parties agree that each side shall bear its own costs and attorneys' fees.

1    9. The parties represent that Defendants have not made or promised any payment, direct or indirect, to the class representatives or their counsel in exchange for dismissal of the complaint.

10. Notice is not required under Rule 23(e), which requires notice only to "class members who would be bound by the proposal." Fed. R. Civ. P. 23(e)(1); *see also* Advisory Committee Note to Fed. R. Civ. P. 23 (confirming that "notice is not required when the settlement binds only the individual class representatives"). The proposed dismissal binds only the appointed class representatives. As to all other class members, the proposed dismissal is without prejudice and therefore has no binding effect on them.

11. For the foregoing reasons, the parties respectfully request that the Court enter the attached Order of Dismissal.

IT IS SO STIPULATED.

Dated: May 13, 2008

JORDAN ETH
TERRI GARLAND
PHILIP T. BESIROF
RAYMOND M. HASU
MORRISON & FOERSTER LLP

By:  /s/  Terri Garland
     Terri Garland

Attorneys for Defendants
JDS UNIPHASE CORPORATION,
JOZEF STRAUS, ANTHONY R.
MULLER, and CHARLES J. ABBE

| | | |
|---|---|---|
| 1 | Dated: May 13, 2008 | IRA M. PRESS |
| 2 | | MARK A. STRAUSS |
| | | KIRBY McINERNEY & SQUIRE, LLP |
| 3 | | 830 Third Avenue, 10th Floor |
| | | New York, NY  10022 |
| 4 | | Telephone: (212) 371-6600 |
| | | Facsimile: (212) 751-2540 |

-and-

LIONEL GLANCY
SUSAN G. KUPFER
GLANCY, BINKOW & GOLDBERG, LLP
455 Market Street, Suite 1810
San Francisco, CA 94105
Telephone:  (415) 972-8160
Facsimile:  (415) 972-8166

PETER A. BINKOW
GLANCY, BINKOW & GOLDBERG, LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA  90067
Telephone:  (310) 201-9150
Facsimile:  (310) 201-9160


By:   /s/  Ira M. Press
         Ira M. Press

Attorneys for Plaintiffs


**ORDER OF DISMISSAL**

Pursuant to Rules 23(e) and 41(a)(2) of the Federal Rules of Civil Procedure, I have reviewed the parties' stipulation and hereby approve the dismissal of this action with prejudice to the appointed class representatives and without prejudice to the absent members of the class. Under Rule 23(e), notice to the class is not required given that the rights of absent class members are not affected.

Dated:  May 13, 2008

_____
The Honorable Claudia Wilken
United States District Judge

1  I, Timothy W. Blakely, am the ECF User whose ID and password are being used to file
2 this Stipulation and [Proposed] Order of Dismissal.  In compliance with General Order 45, X.B., I
3 hereby attest that Terri Garland, attorney for Defendants, and Ira M. Press, attorney for Plaintiffs,
4 have concurred in this filing.

Dated: May 13, 2008                          MORRISON & FOERSTER LLP

                                             By:   /s/  Timothy W. Blakely
                                                   Timothy W. Blakely

                                             Attorneys for Defendants JDS Uniphase
                                             Corporation, Jozef Straus, Anthony R.
                                             Muller, and Charles J. Abbe

STIP. AND [PROPOSED] ORDER OF DISMISSAL
MASTER FILE NO. C-02-4656 CW
sf-2505780

4